PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>)<br>vs.   )<br>)<br>**THOMAS LEROY DECKER**   )<br>) | **Docket Number: 2:89CR00467-02<br>and  2:92CR00241-01** |

On August 4, 2003, the above-named was placed on Supervised Release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Joseph N. Gama

**JOSEPH N. GAMA
United States Probation Officer**

Dated:     December 11, 2007
           Redding, California
           JNG:aph

           /s/ Richard A. Ertola
**REVIEWED BY:**  _____
           **RICHARD A. ERTOLA
           Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **DECKER, THOMAS LEROY**
**Docker Number:   2:89CR00467-02 and 2:92CR00241-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

 January 14, 2008
**Date**

**HON. LAWRENCE  K. KARLTON**
**Senior United States District Judge**

JNG:aph

Attachment:    Recommendation

cc:    United States Attorney's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG